No. 1008. JORDAN *v.* FEDERAL FARM MORTGAGE CORPORATION ET AL. May 27, 1946. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is dismissed for failure to comply with the Rules. *G. P. North* for petitioner.

No. 124, Misc. BUTZ *v.* UNITED STATES POSTMASTER GENERAL. May 27, 1946. Application denied.

No. 947. PEARSON, POST COMMANDING OFFICER, *v.* UNITED STATES EX REL. HOROWITZ; and

No. 948. PEARSON, POST COMMANDING OFFICER, *v.* UNITED STATES EX REL. SAMUELS. See *post*, p. 830.

No. 1240. MARLEY *v.* CALIFORNIA.

June 3, 1946. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. MR. JUSTICE RUTLEDGE dissents. *Hiram T. Kellogg* and *Ralph C. Curren* for appellant. *Ray L. Chesebro* and *John L. Bland* for appellee.

No. 123, Misc. IN RE DOMINION OF CANADA. June 3, 1946. The motion for leave to file a petition for writ of mandamus or prohibition is denied. MR. JUSTICE DOUGLAS dissents. *Lane Summers, F. T. Merritt* and *G. H. Bucey* for petitioner.